# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1704
Lower Tribunal No. 19-4466
_____

**William A. Zalaquett,**
Appellant,

vs.

**The Bank of New York Mellon, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellant.

Kelley Kronenberg, and Danielle Spradley (Fort Lauderdale), for appellee.

Before LOGUE, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Deutsche Bank Tr. Co. Americas as Tr. for Residential Accredit Loans, Inc. v. Harris</u>, 264 So. 3d 186, 192-93 (Fla. 4th DCA 2019) ("On appeal, the Bank correctly argues that it was unnecessary for its witness to testify regarding his knowledge of the third-party vendor's mailing practices to establish that the demand letter had been sent. . . . [O]ur review of the record in this case leads us to conclude that sufficient evidence was presented to preclude an involuntary dismissal at the close of the Bank's case-in-chief on the issue of whether a prima facie showing was made that the demand letter was mailed to the borrower prior to the filing of the suit.").